PROB 49

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 27 2006
__AT 001__ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

U.S.A. vs. __John Johnson__               Criminal No. __1:03-CR-0022-001__

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**"You shall serve a term of up to 30 days in home detention, which at the discretion of the U.S. Probation Office may include the electronic monitoring program, with the conditions of your home detention to be set by the U.S. Probation Office, and you shall commence the home detention on a date set by this office. If you are placed on the electronic monitoring program, you shall pay all costs associated with the program as directed by the probation officer."**

Witness: _____          Signed: _____
U.S. Probation Officer                                Probationer or Supervised Releasee
Michael T. Patnaude                                  John Johnson

_____6/14/06_____
DATE

Respectfully,

## ORDER OF COURT

Considered and ordered this __27__ day of __June__, 20 __06__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
U.S. Probation Officer

Place __Albany, NY__

Date __6/16/06__